UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:21-cr-150

vs.

TIMOTHY CRIDER,                         District Judge Michael J. Newman
                                                                      Magistrate Judge Carolyn H. Gentry

    Defendant.

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 22)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Timothy Crider's guilty plea.  Doc. No. 22.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant Crider's plea of guilty as charged in count 1 of the indictment, which charges him with knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowing possession a firearm in violation of 18 U. S.C. §§ 922(g)(l) and 924(a)(2).  *Id*.; *see* Doc. No. 19.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **October 13, 2022 at 2:00 PM**.

    **IT IS SO ORDERED.**

    <u>August 22, 2022</u>                                            s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                      United States District Judge